UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARGARET FLOURNOY, | ) No. CV 05-7708 PA (FFM) |
| Plaintiff, | ) ORDER TO SHOW CAUSE |
| v. | ) |
| JANE DOE NAVARRO, et al., | ) |
| Defendants. | ) |

The instant Order to Show Cause is directed toward plaintiff. As discussed further below, the Order requires that, by January 21, 2008, plaintiff show cause why the present matter should not be dismissed without prejudice for want of prosecution and failure to follow the Court's orders.

## BACKGROUND

On November 4, 2005, plaintiff filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 ("Complaint"). (Complaint at 1). At the time she filed the Complaint, plaintiff was incarcerated at the CCWF in Chowchilla, California ("CCWF-Chowchilla"). The Complaint alleges cruel and unusual punishment by correctional officers, denial of medical treatment and defamation. (Complaint at

///

///

1  5). By her Complaint, plaintiff sought a preliminary and permanent injunction
2  against defendants and compensatory damages. (*Id.* at "Complaint Civil Action"
3  attachment to Complaint at 5-6).
4      Shortly after the Complaint was filed, on November 9, 2005, the Court
5  issued a Minute Order which told petitioner that,

> During the pendency of the action, plaintiff must notify the
> court immediately if his [sic] address changes and must
> provide the court with the new address and its effective date.
> Any failure by plaintiff to comply with a court order where
> plaintiff did not receive the order due to failure to inform the
> Court of plaintiff's current address may result in the action
> being dismissed for plaintiff's failure to prosecute. See Carey
> v. King, 856 F.2d 1439, 1440-1441 (9th Cir. 1988); Local Rule
> 12.7.

15 (Minute Order, filed Nov. 9, 2005, at 1-2). On September 13, 2007, plaintiff filed
16 a notice of change of address, effective October 1, 2007. Since that date orders
17 sent to the new address have been returned as undeliverable.
18      Plaintiff has not provided the Court with a notice of any further change of
19 address as of this date.
20
21                           **DISCUSSION**
22      The Court has the inherent power to achieve the orderly and expeditious
23 disposition of cases by dismissing actions for failure to prosecute or to follow the
24 Court's orders. *Link v. Wabash Railroad,* 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8
25 L. Ed. 2d 734 (1962). Accordingly, dismissal of this action without prejudice may
26 be appropriate on the ground of failure to prosecute and follow the orders of the
27 Court. See C.D. Cal., Local Rule 41-6 ("A party proceeding *pro se* shall keep the
28 Court and opposing parties apprised of such party's current address and telephone

number, if any. If mail directed by the Clerk to a *pro se* plaintiff's address is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.").

## ORDER

IT IS HEREBY ORDERED that, no later than January 21, 2008, plaintiff shall show cause, in writing, why this action should not now be dismissed for the reason stated above, and shall also apprise the Court of her current address. If plaintiff does not timely file a response to this Order to Show Cause, plaintiff is forewarned that the action may be dismissed without prejudice for want of prosecution and failure to follow the Court's orders.

DATED: January 2, 2008

/ s / FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge