UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARGARET FLOURNOY,<br><br>                Plaintiff,<br>   v.<br>NAVARRO, ET AL.,<br><br>                Defendants. | No. CV 05-7708 PA (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff takes nothing by her Complaint and that this action is dismissed without prejudice.

DATED: September 10, 2008

                                              PERCY ANDERSON<br>
                                   United States District Judge